ACCEPTED
04-14-00751-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/29/2015 2:03:28 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00751-CV

### IN THE COURT OF APPEALS
### FOURTH DISTRICT OF TEXAS
### SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/29/2015 2:03:28 PM
KEITH E. HOTTLE
Clerk

### JOSEFINA ALEXANDER GONZALEZ, ET AL,

**Appellants**

v.

### RAYMOND S. DE LEON II, ET AL,

**Appellee**

## APPELLANTS' MOTION FOR LEAVE TO FILE POSTSUBMISSION BRIEF

TO THE HONORABLE FOURTH COURT OF APPEALS:

At oral argument this Court raised several questions, the responses to which Appellants believe merit more discussion. Therefore, Appellants submit this post-submission brief in an effort to more fully address the matters on which this Court expressed interest.

For these reasons, Appellants ask this Court to grant them leave to file their Post-Submission Brief, which they are submitting simultaneously with this motion.

Respectfully submitted,

*/s/Robinson C. Ramsey*
ROBINSON C. RAMSEY
State Bar No. 16523700
Email: rramsey@langleybanack.com
LANGLEY & BANACK, INC.

---

**Appellants' Motion for Leave to File Post-Submission Brief** **Page 1**

Trinity Plaza II, Suite 900
745 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: 210.736.6600
Telecopier: 210.735.6889

ATTORNEY FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

Appellants' attorney has conferred with counsel for Appellee Raymond S. De Leon II by email, but has not received a response.

/s/ *Robinson C. Ramsey*
ROBINSON C. RAMSEY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document has been served on this 29th day of June, 2015, to the following counsel of record:

Judith R. Blakeway
Email: Judith.blakeway@strasburger.com
James Maverick McNeel
Email: james.mcneel@strasburger.com
Laura C. Mason
Email: laura.mason@strasburger.com
STRASBURGER & PRICE, LLP
2301 Broadway
San Antonio, Texas 78215
*Attorneys for Raymond S. De Leon II, Trustee of the Family Trust*

/s/*Robinson C. Ramsey*
ROBINSON C. RAMSEY